**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Selma Martinez

                                                  Plaintiff,

v.                                                                                     Case No.: 1:17−cv−02034
                                                                                       Honorable Jorge L. Alonso

Nissan Motor Acceptance Corp, et al.

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 5, 2018:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of dismissal has been filed. Plaintiff's claims against Defendants are dismissed with prejudice and the putative class members' claim against NMAC is dismissed without prejudice. Civil Case Terminated. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.